UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notices: 6025173; 6025174 |
| ANTONIO LEWIS | : | ORDER OF DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Craig Carpenito, the United States Attorney for the District of New Jersey, dismisses Violation Nos. 6025173 and 6025174 against defendant Antonio Lewis, which were issued on or about November 11, 2017, disorderly conduct and simple assault, in violation of 38 C.F.R. 1.218(b)(1) and 18 U.S.C. 113(a)(5) for the reason that prosecution of defendant Antonio Lewis is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Antonio Lewis of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_Craig Carpenito/ DM_
CRAIG CARPENITO
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 5/31/18